UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

**Case Number: 23-CR-14015-MARTINEZ/MAYNARD**

UNITED STATES OF AMERICA

v.

MONTRAVIUS DEON STUCKEY,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE'S
REPORT AND RECOMMENDATION ON CHANGE OF PLEA**

    **THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea Hearing before a Magistrate Judge.

    **THE MATTER** was heard in front of Magistrate Judge Shaniek Mills Maynard on August 18, 2023 **[ECF No. 77]**. A Report and Recommendation was filed on August 21, 2023, recommending that the Defendant's plea of guilty be accepted **[ECF No. 81]**. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a <u>de novo</u> review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

    **ORDERED AND ADJUDGED** that the Report and Recommendation **[ECF No. 81]** of United States Magistrate Judge Shaniek Mills Maynard, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

    The Defendant is adjudged guilty of Counts One, Three, Four, and Five of the Indictment. Count One charges Defendant with Conspiracy to Distribute a Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846. Counts Three, Four, and Five charge Defendant with Distribution of a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2. The Defendant

acknowledged that he understood the statutory penalties that apply in his case.

Sentencing has been set in this matter for **Friday, October 27, 2023, at 10:30 a.m.,** before the Honorable District Judge Jose E. Martinez, at the Wilkie D. Ferguson, United States Courthouse, 400 N. Miami Avenue, Courtroom 10-1, Miami, Florida 33128.

**DONE AND ORDERED** at Chambers in Miami, Florida, this __6__ day of September, 2023.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:   U.S. Magistrate Judge Shaniek Mills Maynard
      All Counsel of Record
      U.S. Probation Office